FILED IN OPEN COURT

DATE: 04-22-05

TIME: 3:48 pm

INITIALS: E

# UNITED STATES DISTRICT COURT
## Western District of Tennessee

United States of America

v.

Lakesa Borner                      Case No. 05-10022-T/An

## ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

The defendant has this day notified the Court that she is attempting to obtain private counsel to represent her in this action. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(8)(B)(iv), a defendant may be granted a period of excludable delay while attempting to obtain private counsel.

IT IS THEREFORE ORDERED that the time period of April 22, 2005, through May 3, 2005 be excluded from the time limits imposed by the Speedy Trial Act for trial of this case, while the defendant is attempting to obtain private counsel.

This 22nd day of April, 2005.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or Rule 32(b) FRCrP on 4/27/05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:05-CR-10022 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Patrick F. Martin
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT