# IN THE UNITED STATES DISTRICT COURT,
## FOR THE WESTERN DISTRICT OF TENNESSEE,
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | NO. 1-05-10022-Tan |
| ) | |
| LAMARIO HUNT and ) | |
| LAKESA BORNER, ) | |
| ) | **MOTION GRANTED** |
| Defendants. ) | DATE: May 20, 2005 |
| | S. Thomas Anderson |

### NOTICE OF APPEARANCE AND MOTION FOR CONTINUANCE

Comes now Mitchell G. Tollison, of Tollison Law Firm, and makes known his appearance as Attorney of record for Defendant Lakesa Borner.

Defendant, Lakesa Borner, by and through her attorney of record, respectfully requests that her court appearance, currently scheduled for Friday, May 20, 2005, at 2:15 p.m. before the Honorable Magistrate Thomas S. Anderson, be continued until the next available appearance date, or, in the alternative, moved to 3:30 p.m. on Friday, May 20, 2005, in order to allow Defendant's attorney reasonable time to return from a previously scheduled deposition, as more fully explained below.

In support of same, Defendant and her attorney would state unto this Honorable Court that Defendant's attorney has a previously scheduled medical deposition in

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5/20/05

Nashville on Friday, May 20, 2005, at 10:00 a.m., expected to last between two and two and one-half hours, in a workers' compensation matter scheduled for trial in the Claims Commission of the State of Tennessee on June 2, 2005.

WHEREFORE, DEFENDANT RESPECTFULLY REQUESTS this Honorable Court grant this Motion for Continuance, and either move Defendant's appearance on Friday, May 20, 2005, at 2:15 p.m. to 3:30 p.m., or reschedule Defendant's appearance for another day.

Respectfully submitted,

_____
MITCHELL G. TOLLISON #015410
Tollison Law Firm
Attorney for Defendant Lakesa Borner
P.O. Box 11028
Jackson, TN  38308
(731) 668-9886

## CERTIFICATE OF SERVICE

Comes now the undersigned, and hereby certifies that a copy of the foregoing *Notice of Appearance and Motion for Continuance* was served, via fax and regular mail, upon counsel for Plaintiff, Assistant United States Attorney Jerry Kitchen, 109 S. Highland Ave., Ste. 300, Jackson, Tennessee, 38301, (731) 422-6668, this the 19th day of May, 2005.

_____
MITCHELL G. TOLLISON

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 1:05-CR-10022 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Mitchell G. Tollison
TOLLISON LAW FIRM
2821 N. Highland Ave.
Ste. A
Jackson, TN 38305

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT