IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY_____D.C.

05 MAY 20 PM 4:30

ROBERT R. DI TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.      Cr. No. 05-10022-T

LAKESA BORNER,

    Defendant.

### ORDER ON ARRAIGNMENT

This cause came to be heard on May 20, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is retained:

NAME:     Mitch Tollison
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

   ✓    The defendant, who is not in custody, may stand on his/her present bond.

_____ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

*S. Thomas Anderson* (signature)
S. THOMAS ANDERSON
United States Magistrate Judge

Charges:    controlled substance: sell, distribute or dispense

Assistant U.S. Attorney assigned to case: Kitchen

Rule 32 was: _____ waived _____ not waived.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5/24/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 1:05-CR-10022 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Mitchell G. Tollison
TOLLISON LAW FIRM
2821 N. Highland Ave.
Ste. A
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT