Case 1:05-cr-10022-JDT   Document 28   Filed 07/12/05   Page 1 of 2   PageID 28

**IN THE UNITED STATES DISTRICT COURT,
FOR THE WESTERN DISTRICT OF TENNESSEE,
EASTERN DIVISION**

FILED BY

JUL 12 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Jackson

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | NO. 1-05-10022-Tan |
| LAMARIO HUNT and ) LAKESA BORNER, ) | |
| Defendants. ) | |

**ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME
IN WHICH TO FILE MOTIONS**

This matter, having come before this Honorable Court, upon the Motion, by Defendant Lakesa Borner, for Enlargement of Time in Which to File Motions, upon notification that the Plaintiff's attorney has no opposition to the Motion, and from the entire record in this cause,

IT IS HEREBY ORDERED that Defendant, Lakesa Borner's Motion for Enlargement of Time in Which to File Motions is hereby granted, and Defendant is allowed an additional twenty (20) ~~thirty (30)~~ days from the entry of this Order, in which to file any necessary Motions.

ENTER: THIS THE 11th DAY OF July, 2005.

_James D. Todd_
~~THOMAS S. ANDERSON~~
United States ~~Magistrate~~ Judge
DISTRICT

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 7/12/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 1:05-CR-10022 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Mitchell G. Tollison
TOLLISON LAW FIRM
2821 N. Highland Ave.
Ste. A
Jackson, TN 38305

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT